# EXHIBIT A

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,219,088
Registered Jan. 19, 1999

## SERVICE MARK
## PRINCIPAL REGISTER

## MONDRIAN

A/FC PROPERTIES, LTD. (TEXAS LIMITED PARTNERSHIP)
1050 SEVENTEENTH STREET
SUITE 1220
DENVER, CO 80265

FOR: HOTEL AND RESTAURANT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 9-0-1996; IN COMMERCE 9-0-1996.

SER. NO. 75-977,410, FILED 2-21-1997.

ROBERT C. CLARK JR., EXAMINING ATTORNEY

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2019-07-30 13:34:13 EDT |
| **Mark:** | MONDRIAN |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 75977410 | **Application Filing Date:** | Feb. 21, 1997 |
| **US Registration Number:** | 2219088 | **Registration Date:** | Jan. 19, 1999 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Feb. 11, 2019 | | |
| **Publication Date:** | Oct. 27, 1998 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | MONDRIAN |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S) |

## Related Properties Information

| | |
|---|---|
| **Child Of:** | 75245465 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | hotel and restaurant services | | |
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Sep. 1996 | **Use in Commerce:** | Sep. 1996 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |

| | | | |
|---|---|---|---|
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | MORGANS GROUP LLC |
| **Owner Address:** | 4th Floor<br>131 Spring Street<br>New York, NEW YORK UNITED STATES 10012 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Teresa Lee, Esq. | **Docket Number:** | 22207.00006 |
| **Attorney Primary Email Address:** | tlee@pryorcashman.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Teresa Lee, Esq.<br>Pryor Cashman LLP<br>7 Times Square<br>New York, NEW YORK UNITED STATES 10036-6569 | | |
| **Phone:** | 212 326 0831 | **Fax:** | 212 798 6915 |
| **Correspondent e-mail:** | tlee@pryorcashman.com tmdocketing@pryorcashman.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 13, 2019 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Feb. 13, 2019 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Feb. 11, 2019 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Feb. 11, 2019 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 76874 |
| Feb. 11, 2019 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76874 |
| Feb. 11, 2019 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76874 |
| Jan. 14, 2019 | TEAS SECTION 8 & 9 RECEIVED | |
| Jan. 19, 2018 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Mar. 24, 2017 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 24, 2017 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 24, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 19, 2013 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 19, 2013 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 14, 2010 | REGISTERED-SUBSEQUENT SEC. 8 (10 YR) ACCEPTED/SEC. 9 GRANTED | 67657 |
| Dec. 31, 2009 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Nov. 30, 2009 | PETITION TO DIRECTOR - GRANTED | 73373 |
| Nov. 10, 2009 | ASSIGNED TO PETITION STAFF | 73373 |
| Jun. 26, 2009 | PETITION TO DIRECTOR RECEIVED | 69690 |
| Jun. 26, 2009 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Jun. 26, 2009 | PAPER RECEIVED | |
| Jul. 01, 2009 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Apr. 15, 2009 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 65765 |
| Apr. 15, 2009 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Apr. 06, 2009 | RESPONSE RECEIVED TO POST REG. ACTION - SEC. 8 & 9 | |
| Apr. 06, 2009 | PAPER RECEIVED | |

| Date | Action | Code |
|---|---|---|
| Mar. 17, 2009 | POST REGISTRATION ACTION MAILED - SEC. 8 & 9 | 65765 |
| Jan. 26, 2009 | ASSIGNED TO PARALEGAL | 65765 |
| Jan. 13, 2009 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Jan. 13, 2009 | PAPER RECEIVED | |
| Mar. 08, 2005 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Feb. 25, 2005 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Jan. 25, 2005 | PAPER RECEIVED | |
| Jan. 19, 1999 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 27, 1998 | PUBLISHED FOR OPPOSITION | |
| Sep. 25, 1998 | NOTICE OF PUBLICATION | |
| Aug. 17, 1998 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 17, 1998 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jun. 05, 1998 | DIVISIONAL PROCESSING COMPLETE | |
| Oct. 15, 1997 | NON-FINAL ACTION MAILED | |
| Sep. 30, 1997 | ASSIGNED TO EXAMINER | 59500 |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE            **Date in Location:** Feb. 11, 2019

## Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 5                              **Registrant:** A/FC Properties, Ltd.

### Assignment 1 of 5

**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Reel/Frame:** 2578/0214                             **Pages:** 5
**Date Recorded:** Nov. 20, 2002
**Supporting Documents:** assignment-tm-2578-0214.pdf

**Assignor**

**Name:** A/FC PROPERTIES, LTD.                       **Execution Date:** Feb. 13, 1998
**Legal Entity Type:** LIMITED PARTNERSHIP            **State or Country Where Organized:** No Place Where Organized Found

**Assignee**

**Name:** MONDRIAN HOLDINGS, LLC
**Legal Entity Type:** LIMITED LIABILITY CORPORATION - NEW YORK     **State or Country Where Organized:** No Place Where Organized Found
**Address:** 475 10TH AVENUE
C/O IAN SCHRAGER HOTELS, LLC
NEW YORK, NEW YORK 10018

**Correspondent**

**Correspondent Name:** MCDERMOTT, WILL & EMERY
**Correspondent Address:** MICHELLE C. BURKE, ESQ.
227 WEST MONROE STREET
CHICAGO, IL 60606-5096

**Domestic Representative - Not Found**

### Assignment 2 of 5

**Conveyance:** CERTIFICATE OF CONVERSION OF A LIMITED LIABILITY COMPANY
**Reel/Frame:** 4119/0623                             **Pages:** 4
**Date Recorded:** Dec. 23, 2009
**Supporting** assignment-tm-4119-0623.pdf

| | |
|---|---|
| **Documents:** | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | MONDRIAN HOLDINGS LLC | **Execution Date:** | Sep. 28, 1998 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | NEW YORK |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | MONDRIAN HOLDINGS LLC | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 1209 ORANGE STREET<br>THE CORPORATION TRUST COMPANY<br>WILMINGTON, DELAWARE 19801 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | MICHELLE C. BURKE |
| **Correspondent Address:** | 227 W. MONROE STREET<br>MCDERMOTT WILL & EMERY<br>CHICAGO, IL 60606 |

**Domestic Representative - Not Found**

## Assignment 3 of 5

| | | | |
|---|---|---|---|
| **Conveyance:** | CERTIFICATE OF FORMATION | | |
| **Reel/Frame:** | 4119/0670 | **Pages:** | 3 |
| **Date Recorded:** | Dec. 23, 2009 | | |
| **Supporting Documents:** | assignment-tm-4119-0670.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | MONDRIAN HOLDINGS LLC | **Execution Date:** | Sep. 28, 1998 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | MONDRIAN HOLDINGS LLC | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 1209 ORANGE STREET<br>THE CORPORATION TRUST COMPANY<br>WILMINGTON, DELAWARE 19801 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | MICHELLE C. BURKE |
| **Correspondent Address:** | 227 W. MONROE STREET<br>MCDERMOTT WILL & EMERY<br>CHICAGO, IL 60606 |

**Domestic Representative - Not Found**

## Assignment 4 of 5

| | | | |
|---|---|---|---|
| **Conveyance:** | NUNC PRO TUNC ASSIGNMENT EFFECTIVE 02172006 | | |
| **Reel/Frame:** | 4012/0659 | **Pages:** | 3 |
| **Date Recorded:** | Jun. 26, 2009 | | |
| **Supporting Documents:** | assignment-tm-4012-0659.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | MONDRIAN HOLDINGS LLC | **Execution Date:** | Jun. 26, 2009 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

### Assignee

| | |
|---|---|
| **Name:** | MORGANS GROUP LLC |

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 475 10TH AVENUE<br>NEW YORK, NEW YORK 10018 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | MCDERMOTT WILL & EMERY LLP |
| **Correspondent Address:** | 227 WEST MONROE STREET<br>SUITE 4400<br>CHICAGO, IL 60606 |

**Domestic Representative - Not Found**

### Assignment 5 of 5

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 5936/0985 | **Pages:** | 11 |
| **Date Recorded:** | Dec. 06, 2016 | | |
| **Supporting Documents:** | assignment-tm-5936-0985.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | MORGANS GROUP LLC | **Execution Date:** | Nov. 30, 2016 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | SECURITY BENEFIT CORPORATION, AS AGENT | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | KANSAS |
| **Address:** | ONE SECURITY BENEFIT PLACE<br>TOPEKA, KANSAS 66636 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | CORPORATION SERVICE COMPANY |
| **Correspondent Address:** | 1090 VERMONT AVENUE, NW<br>WASHINGTON, DC 20005 |

**Domestic Representative - Not Found**



# United States of America
### United States Patent and Trademark Office

# MONDRIAN

**Reg. No. 3,833,225**
**Registered Aug. 17, 2010**
**Corrected Aug. 7, 2012**
**Int. Cls.: 36, 37 and 43**

**SERVICE MARK**
**PRINCIPAL REGISTER**



MORGANS GROUP LLC (DELAWARE LIMITED LIABILITY COMPANY)
475 10TH AVENUE
NEW YORK, NY 10018

FOR: REAL ESTATE MANAGEMENT SERVICES IN CONNECTION WITH CONDOMINIUM AND HOTEL PROPERTIES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-26-2007; IN COMMERCE 6-26-2007.

FOR: REAL ESTATE DEVELOPMENT SERVICES, NAMELY, THE DEVELOPMENT OF MIXED USE HOTEL, CONDOMINIUM AND COMMERCIAL PROPERTIES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 8-8-2006; IN COMMERCE 8-8-2006.

FOR: PROVIDING TEMPORARY ACCOMMODATIONS; HOTEL, BAR AND RESTAURANT SERVICES; PROVIDING A WEBSITE FOR MAKING HOTEL AND RESTAURANT RESERVATIONS; MAKING HOTEL AND RESTAURANT RESERVATIONS FOR OTHERS; PROVIDING PERSONALIZED INFORMATION ABOUT HOTELS VIA THE INTERNET; PROVIDING INFORMATION IN THE FIELD OF RESTAURANT DINING VIA THE INTERNET; PROVIDING SOCIAL MEETING, BANQUET, SOCIAL FUNCTION, CONFERENCE, EXHIBITION AND MEETING FACILITIES; CATERING SERVICES; SPA SERVICES, NAMELY, PROVIDING TEMPORARY ACCOMMODATIONS AND MEALS TO CLIENTS OF A HEALTH OR BEAUTY SPA; CONSULTING SERVICES IN THE FIELD OF HOSPITALITY, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 9-0-1996; IN COMMERCE 9-0-1996.

OWNER OF U.S. REG. NO. 2,219,088.

SER. NO. 76-698,287, FILED 7-6-2009.

Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2019-07-30 13:32:00 EDT |
| Mark: | MONDRIAN |

MONDRIAN

| | |
|---|---|
| US Serial Number: | 76698287 |
| Application Filing Date: | Jul. 06, 2009 |
| US Registration Number: | 3833225 |
| Registration Date: | Aug. 17, 2010 |
| Register: | Principal |
| Mark Type: | Service Mark |
| Status: | A Sections 8 and 15 combined declaration has been accepted and acknowledged. |
| Status Date: | Oct. 21, 2016 |
| Publication Date: | Jun. 01, 2010 |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | MONDRIAN |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |
| Color(s) Claimed: | Color is not claimed as a feature of the mark. |

## Related Properties Information

| | |
|---|---|
| Claimed Ownership of US Registrations: | 2219088 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| For: | Providing temporary accommodations; hotel, bar and restaurant services; providing a website for making hotel and restaurant reservations; making hotel and restaurant reservations for others; providing personalized information about hotels via the internet; providing information in the field of restaurant dining via the internet; providing social meeting, banquet, social function, conference, exhibition and meeting facilities; catering services; spa services, namely, providing temporary accommodations and meals to clients of a health or beauty spa; consulting services in the field of hospitality |
| International Class(es): | 043 - Primary Class |
| U.S Class(es): | 100, 101 |
| Class Status: | ACTIVE |
| Basis: | 1(a) |
| First Use: | Sep. 1996 |
| Use in Commerce: | Sep. 1996 |

| | |
|---|---|
| For: | Real estate development services, namely, the development of mixed use hotel, condominium and commercial properties |
| International Class(es): | 037 - Primary Class |
| U.S Class(es): | 100, 103, 106 |
| Class Status: | ACTIVE |
| Basis: | 1(a) |
| First Use: | Aug. 08, 2006 |
| Use in Commerce: | Aug. 08, 2006 |

| | |
|---|---|
| For: | Real estate management services in connection with condominium and hotel properties |
| International Class(es): | 036 - Primary Class |
| U.S Class(es): | 100, 101, 102 |
| Class Status: | ACTIVE |

**Basis:** 1(a)
**First Use:** Jun. 26, 2007     **Use in Commerce:** Jun. 26, 2007

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Morgans Group LLC
**Owner Address:** 4th Floor
131 Spring Street
New York, NEW YORK 10012
UNITED STATES
**Legal Entity Type:** LIMITED LIABILITY COMPANY     **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Teresa Lee, Esq.     **Docket Number:** 22207.00006
**Attorney Primary Email Address:** tlee@pryorcashman.com     **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Teresa Lee, Esq.
Pryor Cashman LLP
7 Times Square
New York, NEW YORK 10036-6569
UNITED STATES
**Phone:** 212 326 0831     **Fax:** 212 798 6915
**Correspondent e-mail:** tlee@pryorcashman.com tmdocketing@pryorcashman.com     **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 13, 2019 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Feb. 13, 2019 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 24, 2017 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 24, 2017 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 21, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Oct. 21, 2016 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 69471 |
| Oct. 21, 2016 | AMENDMENT UNDER SECTION 7 - ISSUED | 69471 |
| Oct. 18, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 69471 |
| Aug. 12, 2016 | TEAS SECTION 8 & 15 RECEIVED | |
| Aug. 12, 2016 | TEAS SECTION 7 REQUEST RECEIVED | |
| Aug. 17, 2015 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Jun. 24, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 19, 2013 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 19, 2013 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 30, 2012 | CERTIFICATE OF CORRECTION ISSUED | 70132 |
| Jun. 30, 2012 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 70132 |

| | | |
|---|---|---|
| Jun. 29, 2012 | TEAS SECTION 7 REQUEST RECEIVED | |
| Aug. 17, 2010 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 01, 2010 | PUBLISHED FOR OPPOSITION | |
| May 12, 2010 | NOTICE OF PUBLICATION | |
| Apr. 27, 2010 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77976 |
| Apr. 25, 2010 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 08, 2010 | AMENDMENT FROM APPLICANT ENTERED | 77976 |
| Apr. 08, 2010 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 77976 |
| Apr. 07, 2010 | ASSIGNED TO LIE | 77976 |
| Mar. 29, 2010 | PAPER RECEIVED | |
| Oct. 02, 2009 | NON-FINAL ACTION MAILED | |
| Oct. 01, 2009 | NON-FINAL ACTION WRITTEN | 74304 |
| Oct. 01, 2009 | ASSIGNED TO EXAMINER | 74304 |
| Jul. 17, 2009 | APPLICATION FILING RECEIPT MAILED | |
| Jul. 13, 2009 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |

## Maintenance Filings or Post Registration Information

| | |
|---|---|
| Affidavit of Continued Use: | Section 8 - Accepted |
| Affidavit of Incontestability: | Section 15 - Accepted |
| Change in Registration: | Yes |
| Amendment to a Registration/Renewal Certificate: | The drawing is amended to appear as follows: MONDRIAN, Standard Character Mark |
| Correction made to Registration: | In the statement Column 1 line 1, "Corporation" is deleted and Limited Liability Company is inserted. |

## TM Staff and Location Information

**TM Staff Information - None**
**File Location**

| | | | |
|---|---|---|---|
| Current Location: | TMEG LAW OFFICE 103 | Date in Location: | Oct. 21, 2016 |

## Assignment Abstract Of Title Information

**Summary**

| | | | |
|---|---|---|---|
| Total Assignments: | 1 | Registrant: | Morgans Group LLC |

**Assignment 1 of 1**

| | | | |
|---|---|---|---|
| Conveyance: | SECURITY INTEREST | | |
| Reel/Frame: | 5936/0985 | Pages: | 11 |
| Date Recorded: | Dec. 06, 2016 | | |
| Supporting Documents: | assignment-tm-5936-0985.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | MORGANS GROUP LLC | Execution Date: | Nov. 30, 2016 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | SECURITY BENEFIT CORPORATION, AS AGENT | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | KANSAS |
| Address: | ONE SECURITY BENEFIT PLACE TOPEKA, KANSAS 66636 | | |

**Correspondent**

**Correspondent Name:** CORPORATION SERVICE COMPANY

**Correspondent Address:** 1090 VERMONT AVENUE, NW
WASHINGTON, DC 20005

**Domestic Representative - Not Found**