| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
October 13, 2020
David J. Bradley, Clerk

| Morgans Group LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-19-2809 |
| | § | |
| Oxberry General, L.L.C., et al., | § | |
| | § | |
| Defendants. | § | |

# Discovery Order

1. By November 1, 2020, Oxberry General, L.L.C. must review all documents produced, segregate into relevant and irrelevant groups, and furnish those groupings to Morgans Group LLC. (40)

2. By November 1, 2020, in answering interrogatory 1, Oxberry General, L.L.C., must furnish, for each company, a separate paragraph, including the assumed name and all bank accounts for which it claims a direct interest and claims an operating interest, and a diagram of how the defendants are interrelated.

3. Morgans Group LLC, is complemented for it's patience in this case. The court's patience is not as firm.

Signed on October 9, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge