UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

November 03, 2020

David J. Bradley, Clerk

| | | |
|---|---|---|
| Morgans Group LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-19-2809 |
| | § | |
| Oxberry General, L.L.C., et al., | § | |
| | § | |
| Defendants. | § | |

## Order Denying Extension

The motion for extension of time to comply with discovery order is denied. (44)

Signed on November __3__, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge