IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MORGANS GROUP LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | **CIVIL ACTION NO. 4:19-CV-02809** |
| 5104 CAROLINE, L.L.C., § | |
| OX CAROLINE CONDOS, L.L.C., § | |
| OXBERRY GENERAL, L.L.C., § | |
| OXBERRY FINANCIALS, LTD., § | **JURY TRIAL DEMANDED** |
| PEJMAN JAMEA, SHAHIN JAMEA, and § | |
| DOCUMENTED TRANSACTIONS, INC., § | |
| § | |
| *Defendants*. § | |

## NOTICE OF APPEARANCE
## AND SUBSTITUTION OF LEAD ATTORNEY

5014 Caroline, L.L.C., Ox Caroline Condos, L.L.C., Oxberry General, L.L.C, Oxberry Financials, Ltd., Pejman Jamea, Shahin Jamea, and Documented Transactions, Inc. ("Defendants") hereby notify this Court that John Zavitsanos (Fed. ID 9122), Patrick Yarborough (Fed. ID 2451377), and Kyril Talanov (Fed. ID 1138505) of Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, P.C., 1221 McKinney, Suite 2500, Houston, Texas 77010, (713) 655-1101, will appear as co-counsel in the above cause. Defendants also substitute John Zavitsanos for Paul Beik as attorney-in-charge for Defendants.

Please send copies of all notices, correspondence, or communications of any kind regarding the above-styled and numbered cause to John Zavitsanos, Patrick Yarborough, and Kyril Talanov as counsel for Defendants.

As part of this notice, the undersigned respectfully request that counsel for other parties include them on service lists associated with the case.

1

Respectfully submitted,

**AHMAD, ZAVITSANOS, ANAIPAKOS ALAVI & MENSING, P.C**.

*/s/ John Zavitsanos*
John Zavitsanos
Attorney-in-Charge
State Bar No. 22251650
Fed. ID 9122
jzavitsanos@azalaw.com

**LEAD LAWYER FOR DEFENDANTS,
5014 CAROLINE, L.L.C.,
OX CAROLINE CONDOS, L.L.C.,
OXBERRY GENERAL, L.L.C,
OXBERRY FINANCIALS, LTD.,
PEJMAN JAMEA, SHAHIN JAMEA, AND
DOCUMENTED TRANSACTIONS, INC.**

Of Counsel:

Patrick Yarborough
State Bar No. 24084129
Fed. ID 2451377
pyarborough@azalaw.com
Kyril Talanov
State Bar No. 24075139
Fed. ID 1138505
ktalanov@azalaw.com
**AHMAD ZAVITSANOS ANAIPAKOS ALAVI & MENSING, P.C.**
1221 McKinney Street, Suite 2500
Houston, Texas 77010
T: 713-655-1101
F: 713-655-0062

*/s/ Paul S. Beik*
Paul S. Beik
Texas Bar No. 24054444
Fed ID 642213
**BEIK LAW FIRM, PLLC**
paul@beiklaw.com
8100 Washington Ave., Suite 1000
Houston, TX 77007
T: 713-869-6975
F: 713-868-2262

## CERTIFICATE OF SERVICE

I certify that November 6, 2020, a true and correct copy of the foregoing was served electronically through the electronic filing manager to all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Patrick Yarborough*
Patrick Yarborough
