IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MORGANS GROUP LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | |
| 5104 CAROLINE, L.L.C., | § | **CIVIL ACTION NO. 4:19-CV-02809** |
| OX CAROLINE CONDOS, L.L.C., | § | |
| OXBERRY GENERAL, L.L.C., | § | |
| OXBERRY FINANCIALS, LTD., | § | |
| PEJMAN JAMEA, SHAHIN JAMEA, and | § | **JURY TRIAL DEMANDED** |
| DOCUMENTED TRANSACTIONS, INC., | § | |
| | § | |
| *Defendants*. | § | |

## NOTICE OF SUBSTITUTION OF LEAD ATTORNEY

5014 Caroline, L.L.C., Ox Caroline Condos, L.L.C., Oxberry General, L.L.C, Oxberry Financials, Ltd., Pejman Jamea, Shahin Jamea, and Documented Transactions, Inc. ("Defendants") hereby notify this Court that Defendants substitute Patrick Yarborough (Fed. ID 2451377) for John Zavitsanos (Fed. ID 9122) as attorney-in-charge for Defendants.

**[SIGNATURE BLOCK ON NEXT PAGE.]**

                **Respectfully submitted,**

                */s/ Patrick Yarborough*
                Patrick Yarborough
                Attorney-in-Charge
                State Bar No. 24084129
                Fed. ID 2451377
                pyarborough@azalaw.com
                **AHMAD ZAVITSANOS ANAIPAKOS ALAVI & MENSING, P.C.**
                1221 McKinney Street, Suite 2500
                Houston, Texas 77010
                T: 713-655-1101
                F: 713-655-0062

                **LEAD LAWYER FOR DEFENDANTS**

Of Counsel:

Kyril Talanov
State Bar No. 24075139
Fed. ID 1138505
ktalanov@azalaw.com
John Zavitsanos
State Bar No. 22251650
Fed. ID 9122
jzavitsanos@azalaw.com
**AHMAD ZAVITSANOS ANAIPAKOS ALAVI & MENSING, P.C.**
1221 McKinney Street, Suite 2500
Houston, Texas 77010
T: 713-655-1101
F: 713-655-0062

*/s/ Paul S. Beik*
Paul S. Beik
Texas Bar No. 24054444
Fed ID 642213
**BEIK LAW FIRM, PLLC**
paul@beiklaw.com
8100 Washington Ave., Suite 1000
Houston, TX 77007
T: 713-869-6975
F: 713-868-2262

## **CERTIFICATE OF SERVICE**

      I certify that November 9, 2020, a true and correct copy of the foregoing was served electronically through the electronic filing manager to all counsel of record in accordance with the Federal Rules of Civil Procedure.

                                      */s/ Patrick Yarborough*
                                      Patrick Yarborough