**UNITED STATES DISTRICT COURT**      **SOUTHERN DISTRICT OF TEXAS**

United States District Court
Southern District of Texas
**ENTERED**
November 12, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Morgans Group, LLC, | § | |
| | § | |
| *versus* | § | Civil Action 4:19–cv–02809 |
| | § | |
| Oxberry General, LLC, et al. | § | |

## Order Setting Conference

1.    A pre–trial conference will be held on:

> November 23, 2020
> at 03:00 PM in
> Judge Hughes's Chambers
> United States Court House
> 515 Rusk Avenue, Room 11122
> Houston, Texas 77002.

2.    To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

3.    Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4.    The court will decide motions, narrow issues, inquire about and resolve expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance.

5.    Principal documents *must* have been exchanged well before the conference.

Signed on November 12, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge