IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MORGANS GROUP LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-cv-02809 |
| | § | |
| 5104 CAROLINE, L.L.C., | § | |
| OX CAROLINE CONDOS, L.L.C., | § | |
| OXBERRY GENERAL, L.L.C., | § | |
| OXBERRY FINANCIALS, LTD., | § | |
| PEJMAN JAMEA, SHAHIN JAMEA, and | § | |
| DOCUMENTED TRANSACTIONS, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING MORGANS GROUP LLC'S
MOTION FOR SANCTIONS**

Upon consideration of Morgans Group, LLC's Motion for Sanctions and the arguments of counsel, the Court GRANTS the motion.

It is therefore ORDERED that

(i)     Defendants 5104 Caroline, L.L.C., Ox Caroline Condos, L.L.C., Oxberry General, L.L.C., Oxberry Financials, Ltd., Pejman Jamea, Shahin Jamea, and Documented Transactions, Inc. (together, "Defendants") pay to Plaintiff, within 10 days of the date of this order, $30,286.51, representing Plaintiff's reasonable expenses, including attorney's fees, in connection with its Motion to Compel, pursuant to Fed. R. Civ. P. 16(f)(2) or 37 (b)(2)(C);

(ii)     pursuant to Fed. R. Civ. P. 37(b)(2)(A), this Court finds Defendants liable on the claims pled against them in the Amended Complaint, subject only to a determination of the amount of damages payable to Plaintiff; and

(iii)  subject to the submission substantiating Plaintiff's attorneys' fees on its Motion to Compel, Defendants must pay Plaintiff's attorneys fees incurred in making this motion.

_____
Lynn N. Hughes
United States District Judge