# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☐ DePena   ☑ Troutman |
| DATE | 11/23/20 |
| TIME | 3:12 p.m. — 4:14 p.m. |
| CIVIL ACTION | H-19-2809 |
| STYLE | Morgans Group, LLC *versus* Oxberry General, LLC, et al. |

DOCKET ENTRY

☑ Conference  ☐ Hearing  Day ____  ☐ Bench  ☐ Jury Trial   Reporter: _Miller_

_Thomas Adair_ for _Morgans Group_
_Donald Yarborough, John Zavitsanos, Kyril Talanov, Paul Beik_ for _Oxberry General, et al._
_____ for _____
_____ for _____

☑  Evidence taken [exhibits, testimony]: _Exhibit 1 = Conference slide deck + binder_
☐  Argument heard on: _____
☐  Motions taken under advisement: _____
☑  Order to be entered.
☐  Internal review set: _____
☐  Rulings rendered on: _____

09-2020