| | United States District Court | ☆ | Southern District of Texas |
|---|---|---|---|

| Morgans Gray, LLC versus Oxberry General, LLC et al | Case: H-19-2809 |
|---|---|
| | Exhibit List |
| Judge Lynn N. Hughes | Case Manager: ☑ Glenda Hassan<br>Law Clerk: ☐ DePena ☑ Troutman |
| List of: | Proceeding: Conference |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | Slide deck for presentation + binder | ✓ | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

# Morgans Group LLC
## v.
## 5104 Caroline LLC, et al.

### Status Conference Hearing

Cause No. 2020-63081

November 23, 2020



AHMAD
ZAVITSANOS
ANAIPAKOS
ALAVI
MENSING

AZA

1221 McKinney, Suite 2500 | Houston, Texas 77010 | azalaw.com

Tough Name. Tougher Opponent.

DEFENDANT'S EXHIBIT
CASE NO. 19-28809
EXHIBIT NO. 1

# Piet Mondrian, Dutch, 1878-1944



# Three art pieces by Piet Mondrian at Menil Collection, Houston, TX

## Association with Houston




# Mondrian & the Museum District - 1



Piet Mondrian, Dutch, 1872 - 1944
*Composition with Yellow, Blue, and Blue-White*, 1922
Menil Collection, Houston, Texas

Source: https://www.menil.org/collection/objects/4859-composition-with-yellow-blue-and-blue-white



AHMAD ZAVITSANOS ANAIPAKOS ALAVI MENSING

# Mondrian & the Museum District - 2



Piet Mondrian, Dutch, 1872 - 1944
*Composition with Yellow, Red, and Blue*, 1927
Menil Collection, Houston, TX

Source: https://www.menil.org/collection/objects/4922-composition-with-yellow-red-and-blue



Ahmad
Zavitsanos
Anaipakos
Alavi
Mensing

# Mondrian & the Museum District - 3



Piet Mondrian, Dutch, 1872 - 1944
*Study for a Composition*, ca. 1940-1941
Menil Collection, Houston, TX

Source: https://www.menil.org/collection/objects/839-study-for-a-composition


Ahmad
Zavitsanos
Anaipakos
Alavi
Mensing

AZA

# Mondrian at MoMA in NYC

26 Mondrian works at the Museum of Modern Art in New York

https://www.moma.org/collection/works/78682?artist_id=4057&page=1&sov_referrer=artist



Piet Mondrian
*Broadway Boogie Woogie*, ca. 1942-43
MoMA, New York, NY


AHMAD
ZAVITSANOS
ANAIPAKOS
ALAVI
MENSING

# Plaintiff Trades on Mondrian's Name

These are the Mondrian logos. Going back to the very name Mondrian, the concept is influenced by the work of Piet Mondrian with his rigorous and powerful grid. In his work *Broadway Boogie Woogie* he famously translated a city into a few lines of yellow and red. This concept translates the silhouette of each Mondrian building into an abstraction of its line with a signature color. Always use the logo unless using on an area that is too small.

Source: https://issuu.com/sbe.events/docs/mondrianglobal-0110brandbook?e=8263872/57501946



Piet Mondrian
*Broadway Boogie Woogie*, ca. 1942-43
MoMA, New York, NY




Ahmad
Zavitsanos
Anaipakos
Alavi
Mensing

AZA

**Plaintiff's Mondrian Corporate Logo**



**Piet Mondrian**
Composition with Yellow, Red, and Blue, 1927
Menil Collection, Houston, Texas





# Defendants' Logo Is Completely Different

**Plaintiff's Mondrian Corporate Logo**

MONDRIAN

**Defendant's Mond at the Museums Logo**



THE MOND
AT THE MUSEUMS



Ahmad
Zavitsanos
Anaipakos
Alavi
Mensing

10

## 1961: Denver



MONDRIAN COLORADO, Denver (est. 1961)



AHMAD ZAVITSANOS ANAIPAKOS ALAVI MENSING — AZA

# Plaintiff is Late to the Game

## 1981: Washington, DC



**THE MONDRIAN,** (est. 1981)

Ahmad Zavitsanos Anaipakos Alavi Mensing — AZA

# 1990: THE MONDRIAN in New York City





THE MONDRIAN condo building, New York (est. 1990)



Located 7 min away from Plaintiff's Mondrian New York park Avenue (est. 2017)



AHMAD
ZAVITSANOS
ANAIPAKOS
ALAVI
MENSING

# 1996: Plaintiff's MONDRIAN Los Angeles



Mondrian Los Angeles (est. 1996)

Plaintiff is Late to the Game

# 2005: Dallas





**The Mondrian Cityplace Luxury Apartments (est. 2005)**

Plaintiff is Late to the Game

