United States District Court
Southern District of Texas
ENTERED
November 24, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

| | | |
|---|---|---|
| Morgans Group LLC, | § § § | |
| Plaintiff, | § | |
| versus | § § | Civil Action H-19-2809 |
| Oxberry General, L.L.C., et al., | § § | |
| Defendants. | § § | |

## Order to Disclose and Report

1. By December 18, 2020, Oxberry General, L.L.C., must give the court a description of each company, all places it has an interest, and any other information on the structure and hierarchy of the companies.

2. By December 23, 2020, Morgans Group LLC, must report the outcome of its contemplation of the court's settlement proposal.

Signed on November 24, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge