# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MORGANS GROUP, LLC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | **CIVIL ACTION NO. 4:19-cv-02809** |
| 5104 CAROLINE, L.L.C., <br> OX CAROLINE CONDOS, L.L.C., <br> OXBERRY GENERAL, L.L.C., <br> OXBERRY FINANCIALS, LTD., <br> PEJMAN JAMEA, SHAHIN JAMEA, and <br> DOCUMENTED TRANSACTIONS, INC., | § § § § § § § § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereto stipulate that this action, and all claims in this action, shall be, and the same are hereby, dismissed with prejudice, with this court retaining jurisdiction to enforce the parties' settlement. Each party shall bear its own attorneys' fees and costs.

Executed this 7th day of July 2021.

Respectfully submitted,

| /s/ *Thomas J. Adair* | /s/ *Patrick Yarborough* |
|---|---|
| Thomas J. Adair | Patrick Yarborough |
| Attorney-in-charge | Attorney-in-Charge |
| Texas Bar No. 24047753 | State Bar No. 24084129 |
| S.D. Texas No. 1096168 | Fed. ID 2451377 |
| ADAIR LAW GROUP, PLLC | pyarborough@azalaw.com |
| 1001 14th Street, Suite 112 | AHMAD ZAVITSANOS ANAIPAKOS ALAVI & MENSING, P.C. |
| Plano, Texas 75074 | 1221 McKinney Street, Suite 2500 |
| Telephone: (512) 431-2736 | Houston, Texas 77010 |
| Facsimile: (972) 439-9018 | T: 713-655-1101 |
| tom@adairlaw.com | F: 713-655-0062 |

*Of Counsel* (left)

Dyan Finguerra-DuCharme
(admitted *pro hac vice*)
Ryan S. Klarberg
(admitted *pro hac vice*)
Marion R. Harris
(admitted *pro hac vice*)
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
Telephone: (212) 421-4100
Fax: (212) 798-6928
dfinguerra@pryorcashman.com
rklarberg@pryorcashman.com
mharris@pryorcashman.com

*Attorneys for Plaintiff Morgans Group, LLC*

*Of Counsel* (right)

Luke Ott
State Bar No. 24116864
Fed. ID 3498654
lott@azalaw.com
Kyril Talanov
State Bar No. 24075139
Fed. ID 1138505
ktalanov@azalaw.com
John Zavitsanos
State Bar No. 22251650
Fed. ID 9122
jzavitsanos@azalaw.com
AHMAD ZAVITSANOS ANAIPAKOS ALAVI & MENSING, P.C.
1221 McKinney Street, Suite 2500
Houston, Texas 77010
T: 713-655-1101
F: 713-655-0062

Paul S. Beik
Texas Bar No. 24054444
S.D. Texas No. 642213
BEIK LAW FIRM, PLLC
8100 Washington Avenue, Suite 1000
Houston, Texas 77007
Telephone: (713) 869-6975
Facsimile: (713) 868-2262
paul@beiklaw.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Joint Stipulation of Dismissal has been served on counsel of record in this case via electronic notice (CM/ECF) on July 7, 2021.

By: /s/ *Thomas J. Adair*